UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 24- cr-812 |
| JOOYEONG LEE | : | **WAIVER OF INDICTMENT** |

    I, Jooyeong Lee, the above-named defendant, who is charged with filing a false tax return, in violation of 26 U.S.C. § 7206(1), being advised of the charge, the proposed Information, and my rights, hereby waive in open court on December 12, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jooyeong Lee
Defendant

_____
Jason Seidman, Esq.
Counsel for Defendant

Before: _____
HONORABLE KATHARINE S. HAYDEN
United States District Judge